1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PAUL P. JOLIVETTE,<br><br>               Plaintiff(s),<br><br>v.<br><br>JOSE ACOSTA,<br><br>               Defendant(s). | 2:14-CV-130 JCM (GWF) |

**ORDER**

Presently before the court is *pro se* plaintiff Paul Patrick Jolivette's motion for writ of execution. (Doc. # 3).

Pursuant to 28 U.S.C. § 1738, every United States court must grant full faith and credit to properly validated judgments of all other U.S. state and federal courts.

In this action, plaintiff seeks for the court to issue a writ of execution. Plaintiff has provided several documents indicating that a judgment has been issued in his favor against defendant Jose Acosta. However, the documents filed by plaintiff do not clearly indicate the identity of the court that issued this judgment. Two of these documents indicate that they are from an "adjudicator" near the zip code "95829." One of the documents bears a signature from an officer of "the unincorporated United States of America."

After thoroughly examining plaintiff's filings in this matter, the court cannot determine the identity of the court that issued the alleged judgment. As such, plaintiff's motion will be denied at this time. Plaintiff is free to re-file this motion with further detail and supporting documentation if

**James C. Mahan**
**U.S. District Judge**

he so desires.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff Paul Patrick Jolivette's motion for writ of execution (doc. # 3) be, and at the same time hereby is, DENIED without prejudice.

DATED January 28, 2014.

_____
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**

- 2 -